16 SEP 13 PM 1:27

SOUTHERN DISTRICT
LAU...

## ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

_Rhoda Ann Summitt_

vs

Case Number: **4 : 16 -cv- 0164 TWP -DML**

(to be supplied by clerk of court)

(Full name of defendant(s))

_Terry G. Bollea (AKA "Hulk Hogan")_

A.   PARTIES

1.   Plaintiff is a citizen of _Indiana_ and resides at
     (State)
     _2100 Greentree N E110 Clarksville, IN 47129_
     (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant _____
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>National Security Agency, Central Intelli-</u>
(Employer's name and address, if known) <u>gence Agency</u>

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

<u>Harassment, threats, intimidation, invasion</u>
<u>of privacy, significant emotional trauma,</u>
<u>emotional distress, acute back pain</u>
<u>from stress caused by plans to end</u>
<u>my life, threats of smearing my</u>
<u>personal reputation, states he wants</u>
<u>to shoot me continually, threat of</u>
<u>imprisonment, interfering with</u>
<u>email + job search, interfering with</u>

Attachment One (Complaint) – 2

my life, liberty and the pursuit of happiness, and other forms of persecution and humiliation, including surveillance of bathroom, toileting, dressing, undressing and such illegal activities. This has been going on for close to two years.

I do have several people that can be called as witnesses, if they are subpoenaed in a court of law.

This behavior by any department or employee of the federal government is loathesome and objectionable. I will also be suing in civil court.

C.  JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want damages in the amount of $20,000,000 and said defendant to cease and desist surveillance of my person. I would also ask that he be removed from his position.

E. JURY DEMAND

☑ Jury Demand - I want a jury to hear my case *(possible closed) due to sensitive information*

☐ Court Trial - I want a judge to hear my case

Dated this 13th day of September 2016.

Respectfully Submitted,

*Rhoda Summitt*
Signature of Plaintiff

502-296-9901
Plaintiff's Telephone Number

Summitt_rg@yahoo.com
Plaintiff's Email Address

2100 Greentree N E-110
Clarksville, IN 47129
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.